In re KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION.

Ronald A. Katz Technology Licensing LP, Plaintiff–Appellant,

v.

American Airlines, Inc., Defendant–Appellee,

and

FedEx Corporate Services, Inc., FedEx Corporation, FedEx Customer Information Services, Inc., and Federal Express Corporation, Defendants–Appellees,

and

DHL Express (USA), Inc., DHL Holdings (USA), Inc., and Sky Courier, Inc., Defendants–Appellees,

and

U.S. BanCorp and U.S. Bank National Association, Defendants–Appellees.

and

Time Warner Cable, Inc., Time Warner Entertainment Company, L.P., Time Warner N.Y. Cable LLC, AOL, LLC, Compuserve Interactive Services, Inc., Netscape Communications Corp., Charter Communications Entertainment I LLC, Charter Communications Holding Company LLC, Charter Communications Operating LLC, and Charter Communications, Inc., Defendants,

and

CSC Holdings, Inc. (Now Known as CSC Holdings, LLC), Cablevision Systems Corporation, Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland LLC, and Cablevision of Rockland/Ramapo LLC, Defendants–Appellees,

and

TDS Metrocom LLC, TDS Telecommunications Corporation, and United States Cellular Corporation, Defendants.

Nos. 2009–1450, 2009–1451, 2009–1452, 2009–1468, 2009–1469, 2010–1017.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

Before LOURIE, Circuit Judge.

## ON MOTION

## ORDER

The appellees move without opposition for leave to file a joint response to Ronald A. Katz Technology Licensing LP's (Katz) motion to strike that is contained in Katz's reply brief. Katz does not oppose and separately moves without opposition for leave to file a reply if the appellees' motion is granted. Katz also moves for judicial notice of a district court order in a related case. The document is attached to the motion for judicial notice.

Upon consideration thereof,

It Is Ordered That:

(1) The appellees' motion is granted.

(2) Katz's motion for leave to reply is granted to the extent that Katz may file a response, not to exceed four pages, within seven calendar days of the date of filing of this order.

(3) Katz's motion for judicial notice is granted.

(4) A copy of this order, the appellees' response, and Katz's response shall be transmitted to the merits panel assigned to hear these cases.